IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr551-MHT |
| | ) | (WO) |
| KOURVOSIER JERELL HERBERT | ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on July 27, 2017, this court entered a preliminary order of forfeiture (doc. no. 44) forfeiting defendant's interest in the following property to the United States: a Smith & Wesson, model SW40VE, .40 caliber pistol, bearing serial number PBT5633 and miscellaneous ammunition;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave the defendant notice in the indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation

of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A)(i); and,

**WHEREAS**, the court finds that defendant Herbert has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461, and the United States has established the requisite nexus between such property in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A)(i);

It is hereby ORDERED that the United States' motion for a final order of forfeiture (doc. no. 54) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461: a Smith & Wesson, model SW40VE, .40 caliber pistol, bearing serial number PBT5633, and miscellaneous ammunition.

2. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States, and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order; and,

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 8th day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**